

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2022

No. 04-22-00569-CR

Richard Alexander **VALLEJO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR10924
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

When we granted court reporter Mary Beth Sasala's first request for an extension of time to file the record, we set the record due on November 28, 2022. On the once-extended due date, she filed a second request for additional time to file the record.

The request is GRANTED. *See* TEX. R. APP. P. 35.3(c). The reporter's record is due on December 28, 2022. *See id.*

If the reporter's record is not filed with this court by December 28, 2022, any further requests for additional time to file the record must be accompanied by a signed, written status report regarding the progress on *this* appeal.

The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks). The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the extended date. A preferred form for the status report, with an accompanying example, is attached.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2022.



MICHAEL A. CRUZ, Clerk of Court